UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HOWARD W. HARDY, :
:
    Petitioner :
:
v. : CIVIL NO. 3:CV-08-830
:
R. MARTINEZ, : (Judge Kosik)
:
    Respondent :

## O R D E R

**NOW, THIS 11th DAY OF JUNE, 2008,** upon consideration of Petitioner's Motion to Amend the habeas corpus petition (Doc. 11), **IT IS HEREBY ORDERED THAT** said motion is **granted**. Document 11 is hereby construed to be an amendment to the original petition. Within ten (10) days, Respondent may file a supplement to the response filed on June 5, 2008, addressing the claims raised in Petitioner's amendment to the habeas corpus petition.

                                                    *s/EDWIN M. KOSIK*
                                                    United States District Judge